STEVEN K. EISENBERG, ESQUIRE
STERN AND EISENBERG LLP
THE PAVILION
261 OLD YORK ROAD, SUITE 410
JENKINTOWN, PENNSYLVANIA 19046
TELEPHONE: (609) 379-9200
FACSIMILE: (215) 572-5025
(COUNSEL FOR DEFENDANT)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## (NEWARK VICINAGE)

| | |
|---|---|
| Edgar Moye<br>(Plaintiff)<br><br>v.<br><br>LVNV Funding, LLC<br><br>Defendant(s) | Case No: 2:08-CV-03031-PGS-ES |

### STIPULATION OF SETTLEMENT

AND NOW, this 6th day of August, 2008, the parties have reached a resolution of the matter. Accordingly, the parties hereby stipulate and agree that the matters subject of the above captioned action have been settled in full between the parties and request that the Court enter the attached order dismissing the matter with prejudice. The parties hereby consent to the terms of the proposed order.

/s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire
Counsel for Defendant

/s/ Marla J. Moss
Marla J. Moss, Esquire
Counsel for Plaintiff

STEVEN K. EISENBERG, ESQUIRE
STERN AND EISENBERG LLP
THE PAVILION
261 OLD YORK ROAD, SUITE 410
JENKINTOWN, PENNSYLVANIA 19046
TELEPHONE: (609) 379-9200
FACSIMILE: (215) 572-5025
(COUNSEL FOR DEFENDANT)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
(NEWARK VICINAGE)

| | |
|---|---|
| Edgar Moye<br>(Plaintiff)<br><br>v.<br><br>LVNV Funding, LLC<br><br>Defendant(s) | Case No:   2:08-CV-03031-PGS-ES |

**THIS MATTER** having been opened to the Court by Stern and Eisenberg, LLP, attorneys for Defendant, and Davis & Stern, P.C., attorney for Plaintiff, requesting that the instant action be dismissed due to settlement among the parties, and good causing appearing,

IT IS on this ___25___ day of ___August___, 2008

**ORDERED** as follows that the instant action is marked settled and is therefore Dismissed with Prejudice.

_____
UNITED STATES DISTRICT COURT JUDGE